UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EVER VIVAR,<br>Defendant. | Case No. 3:11-CR-00080-LRH-VPC<br><br>ORDER |

Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#135) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutory minimum sentence and in accord with 21 U.S.C. § 851(a)(1).

The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon Probation's report, counsel does not intend to file a motion for a reduction. The court will therefore grant the motion to withdraw.

Before and after being granted counsel, defendant filed motions (#131/134) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The United States Attorney's office responded to motion #131; the court does not find a response from the United States Attorney's office is necessary for a ruling on defendant's motion #134.

The defendant was sentenced to the statutory minimum sentence available and is therefore not eligible for a sentence reduction.

Accordingly, IT IS HEREBY ORDERED that defendant's counsel's motion to withdraw (#135) is **GRANTED**.

IT IS FURTHER ORDERED that defendant's motions (#131/134) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2) are **DENIED**.

IT IS SO ORDERED.

DATED this 28th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE